JS-6

Dean B. Herman (SBN 076752)
Catherine L. Rivard (SBN 126237)
MENDES & MOUNT, LLP
445 S. Figueroa Street, 38th Floor
Los Angeles, CA  90071
Tel:  (213) 955-7700;  Fax:  (213) 955-7725
Email:  dean.herman@mendes.com
        catherine.rivard@mendes.com

Attorneys for Defendant
HARTFORD CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUROCONCEPTS, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation<br><br>　　　　Defendants. | CASE NO.  CV 05-4042 CAS (PJWx)<br><br>**JUDGMENT** |

　　　This matter came on for hearing on March 13, 2006, in Courtroom 5 of the United States District Court, Central District of California, the Honorable Christina A. Snyder presiding, upon the following cross-motions for partial summary judgment:

　　　a.　　Defendant Hartford Casualty Insurance Company ("Hartford") moved for partial summary judgment against Plaintiffs Euroconcepts, Inc., Joseph Elihu, Parviz Elihu, Daniel Elihu, Albert Elihu, Hayadeh Elihu, and Amir Construction, Inc. (collectively "Plaintiffs") on the first claim for declaratory relief, the second claim for breach of contract, and the third claim for breach of the implied covenant of good faith and fair dealing, all relating to Hartford's alleged duty to

                defend the underlying action entitled *William Hablinski Architecture v. Amir Construction, Inc., et al.,* Case No. CV 03-6365 CAS (PJWx) in the United States District Court for the Central District of California (the "Hablinski Action").

      b.    Plaintiffs moved for partial summary judgment as to Hartford's alleged duty to defend the Hablinski Action as the relief sought in the first claim for declaratory relief and also as a threshold issue of the second and third claims for relief.

Both Hartford and the Plaintiffs were represented by their respective counsel. After considering the parties' submissions, and the arguments of counsel, the Court granted Hartford's motion for partial summary judgment and denied the Plaintiffs' motion for partial summary judgment.

The parties have stipulated that the Court's decision as to the first, second and third claims for relief is dispositive as to the fourth, fifth and sixth claims for relief relating to Hartford's alleged duties with respect to the underlying action entitled *Unity Family Trust v. Amir Construction, Inc.,* Case No. BC 332384 in the California Superior Court for the County of Los Angeles; and as to the seventh, eighth and ninth claims for relief relating to Hartford's alleged duties with respect to the underlying action entitled *Thomas W. McCormick, Trustee, et al. v. Amir Construction, Inc., et al.,* Case No. CV 05-7456 CAS (PJWx) in the United States District Court for the Central District of California.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that:

By reason of the Court's ruling on the motion for partial summary judgment and the parties stipulation as to the effect thereof, judgment is hereby entered in favor of Hartford and against Plaintiffs as to all claims for relief.

Hartford, as the prevailing party, shall recover from the Plaintiffs its taxable costs of suit in this matter as taxed by the Clerk under the provisions of Federal

1  Rule of Civil Procedure 54.  The sums awarded by this Court as costs shall bear
2  postjudgment interest at the current U.S. Treasury Constant Maturity rate, from the
3  date this judgment is entered until it is paid.
4      IT IS SO ORDERED.

6  Dated: August 12, 2008_____  By: _____
7                                                       Christina A. Snyder
                                                     United States District Judge